# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Bridgette Murphy<br><br>     Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>     Defendant. | Case No. 2:14-cv-13074-AJT-MKM<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.


RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:  s/ Jeffrey S. Hyslip_____
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    1100 W. Cermak Rd., Suite B410
    Chicago, IL  60608
    312-380-6110
    jeffrey@lifetimedebtsolutions.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:

Theodore W. Seitz, Esq.
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933

Counsel for:
Asset Acceptance, LLC

<u>s/ Jeffrey S. Hyslip</u>