UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Bridgette Murphy<br><br>  Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>  Defendant. | Case: 2:14-cv-13074-AJT-MKM<br><br>Judge: Arthur J. Tarnow<br><br>Magistrate Judge: Mona K. Majzoub<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone:  312-380-6110
jeffrey@lifetimedebtsolutions.com
Ohio Bar No. 0079315
Attorney for Plaintiff
Date: April 30, 2015

Dykema Gossett, PLLC

By: /s/ Theodore W. Seitz
Theodore W. Seitz
201 Townsend Street, Suite 900
Lansing, MI 48993
Telephone: 517-374-9149
tseitz@dykema.com
Michigan Bar No. P60320
Attorney for Defendant
Date: April 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Theodore W. Seitz
Dykema Gossett, PLLC
201 Townsend Street, Suite 900
Lansing, MI   48933

Counsel for:
Asset Acceptance, LLC

/s/ Jeffrey S. Hyslip