UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Bridgette Murphy<br><br>     Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>     Defendant. | Case: 2:14-cv-13074-AJT-MKM<br><br>Judge: Arthur J. Tarnow<br><br>Magistrate Judge: Mona K. Majzoub |

## ORDER

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

DATE: April 30, 2015         s/Arthur J. Tarnow
                             ARTHUR J. TARNOW
                             SENIOR U.S. DISTRICT JUDGE